UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Costco Wholesale Corporation,

Plaintiff,

v.

XL Specialty Insurance Company,

Defendant.

24-1846 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the corporate disclosure statement, docket no. 2, the Court is not satisfied that the corporate disclosure statement complies with LCR 7.1. Defendant is DIRECTED to file by November 27, 2024 an amended corporate disclosure statement pursuant to LCR 7.1(a) and FRCP 7.1(a) identifying any parent corporation and any publicly held corporation owning more than 10% of its stock or stating that there is none.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of November, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1